# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

LIDA AEINDARTEHRAN and
FARHAD BAGHERI

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:26-CV-2061-S-BT

## ORDER

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 3]. The Motion requests that the Court order Defendants to adjudicate their immigration applications, Mot. at 1, 3–4, which is the same ultimate relief sought in the pending Petition for Writ of Mandamus ("Petition") [ECF No. 1]. Accordingly, the Court **DENIES** the Motion. *See Lackey v. Stinnie*, 604 U.S. 192, 200–01 (2025) (holding that preliminary injunctions "do not conclusively resolve legal disputes"); *Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]") (citation omitted). The Petition remains pending.

**SO ORDERED.**

SIGNED June 23, 2026.

_____
**UNITED STATES DISTRICT JUDGE**